UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, et al., | No. 2:15-cv-1838-MCE-EFB PS |
| Plaintiffs, | |
| v. | ORDER |
| THE GROVES AT MANZANITA, LIMITED PARTNERSHIP, et al., | |
| Defendants. | |

On September 1, 2015, the court ordered plaintiffs, within 30 days, to file an application to proceed *in forma pauperis* or to pay the $400 filing fee.  To date, plaintiffs have done neither.

The court will provide plaintiffs one additional opportunity to comply with the court's September 1, 2015 order.  Accordingly, plaintiffs are hereby ordered, within fourteen days of the date of this order, to submit either the filing fee or a properly completed application for leave to proceed *in forma pauperis*.  Plaintiffs' failure to comply with this order will result in a recommendation that this action be dismissed.  The Clerk of the Court is directed to mail plaintiffs a form application for leave to proceed *in forma pauperis*.

So Ordered.

DATED:  November 19, 2015.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE