UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, et al., | No. 2:15-cv-1838 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| GROVES AT MANZANITA, LP, et al., | |
| Defendants. | |

This matter was recently reassigned to the undersigned. Pending before the court are defendants' motions to dismiss or for more definite statement, motion to strike (Anti-SLAPP) and motion to declare plaintiffs vexatious litigants. Because oral argument is not of material assistance, these matters will not be reset for hearing.

Accordingly, IT IS HEREBY ORDERED that defendants' motions (ECF Nos. 19, 20, 21) are submitted on the briefs. E.D. Cal. L.R. 230(g).

Dated: March 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 herships1838.subm