UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, et al., | No. 2:15-cv-1838 MCE CKD PS |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| GROVES AT MANZANITA, et al., | |
| Defendant. | |

Pending before the court are defendants' motions for more definite statement, to strike (Anti-SLAPP) and to declare plaintiffs vexatious litigants. In response to defendants' replies, plaintiffs have filed several documents which were not authorized by the court or allowed under the Local Rules or the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to file evidentiary objections (ECF No. 43) is granted.

2. The declarations and request for judicial notice (ECF Nos. 47, 48, 49, 50) are stricken.

3. No later than April 4, 2016, defendants may file a response to plaintiffs' objections (ECF Nos. 45, 46).

4. Pending resolution of defendants' motions, this matter is stayed.

/////

/////

1

5. Except as set forth above, no further documents shall be filed in connection with the pending motions. Failure to comply with this order may result in a limiting order on the filings of the offending party.

Dated: March 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 herships1838.obj