UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, et al., | No. 2:15-cv-1838 MCE CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| GROVES AT MANZANITA, et al., | |
| Defendants. | |

The judicial assistant of the undersigned has received several e-mail communications from plaintiffs complaining about orders which have issued in this action. Plaintiffs are advised that <u>ex parte</u> communications with chambers regarding a case are improper. All <u>ex parte</u> communications are accordingly disregarded. Any request for court action must be filed on the docket.

Accordingly, IT IS HEREBY ORDERED that plaintiffs shall not engage in <u>ex parte</u> communications with the court regarding this case.

Dated: April 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 herships1838.expcomm