UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, et al., | No. 2:15-cv-1838 MCE CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| GROVES AT MANZANITA, LP, et al., | |
| Defendants. | |

Plaintiffs have filed objections to orders of this court. ECF No. 56. It appears that plaintiffs seek reconsideration by the District Judge of this court's orders. Among other issues raised in the objections, plaintiffs assert that the undersigned should be disqualified for cause from being assigned as the Magistrate Judge in this action. Upon review of the entirety of the docket, the undersigned finds that recusal is not warranted under 28 U.S.C. § 455.

Accordingly, IT IS HEREBY ORDERED that the undersigned declines recusal.

Dated: April 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

herships1838.dec.rec

1